CARL S. SPECTOR
Attorney at Law
14-25 Plaza Road Suite S-2-2
Fair Lawn, New Jersey 07410
(201) 794-2029
Fax (201) 794-2009
Email: CarlSpector@gmail.com

September 20, 2010

Honorable Dennis M. Cavanaugh
United States District Judge
United States Post Office & Courthouse
Federal Square
Newark, New Jersey 07102

Re: United States v. Andrew Edwards
CR. No. 09-00084

Dear Judge Cavanaugh:

    I represent Mr. Andrew Edwards in the above captioned matter who was sentenced by your Honor on June 28, 2010. As a condition of bail Mr. Edwards surrendered his United States Passport to Pre Trial Services.

    I am respectfully requesting the return of Mr. Edwards' passport to him by way of an Order of this Court. I have contacted the Government, Assistant United States Attorney Lorraine Gerson and she consents to the return of the passport.

Very truly your,

Carl S. Spector

Therefore, on behalf of my client Andrew Edwards, this Honorable Court grants release of the United States Passport in the name of Andrew Edwards currently being held by Pre Trial Services back to Mr. Andrew Edwards.

SO ORDERED:

_____
Honorable Dennis M. Cavanaugh
United States District Judge

Dated: 9/23/10

RECEIVED

SEP 23 2010

DENNIS M. CAVANAUGH
U.S. DISTRICT JUDGE